STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Email: candis_mitchell@fd.org

Counsel for Defendant John Vincent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>        Plaintiff,<br><br>v.<br><br>**John Vincent,**<br><br>        Defendant. | Case Number: CR 15-196 CRB<br><br>**Joint Stipulation Continuing Sentencing Hearing Date; Order**<br><br>**Date:   December 16, 2015**<br>**Time:  10:00 a.m.** |

Defendant John Vincent is currently set for sentencing on December 16, 2015. Counsel for Mr. Vincent is currently awaiting an evaluation and reports pertinent to sentencing and the parties jointly seek to move the date of sentencing to January 27, 2016, at 10:00 a.m. to accommodate the schedules of all parties.

The assigned probation officer has been contacted and has no objection to the continuance or proposed date for sentencing hearing.

IT IS SO STIPULATED.

Dated:  November 4, 2015                           s/  *Sarah Hawkins*
                                                                    SARAH HAWKINS
                                                                    Assistant United States Attorney

Jt. Stip. Cont. Status; [Prop.] Order
*Vincent*, CR 15-196 CRB                                                1

| | |
|---|---|
| Dated: November 4. 2015 | s/ *Candis Mitchell* |
| | CANDIS MITCHELL |
| | Assistant Federal Public Defender |
| | Attorney for Defendant John Vincent |

# ORDER

For the reasons stated by counsel, the Court continues the sentencing date from December 16, 2015, at 10:00 a.m., to January 27, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:_November 17, 2015   _____
                                                    **Charles R. Breyer**
                                                    United States District Judge

Jt. Stip. Cont. Status; [Prop.] Order
*Vincent*, CR 15-196 CRB                         2