STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Email: candis_mitchell@fd.org

Counsel for Defendant John Vincent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case Number: CR 15-196 CRB |
| Plaintiff, | |
| v. | **Joint Stipulation Continuing Sentencing Hearing Date; [Proposed] Order** |
| **John Vincent,** | |
| Defendant. | **Date:   April 6, 2016**<br>**Time:  10:00 a.m.** |

Defendant John Vincent is currently set for sentencing on April 6, 2016. Counsel for Mr. Vincent has been selected for jury duty at is to report for service on April 6, 2016. If selected, counsel for Mr. Vincent is anticipated to be in trial and deliberations for the next five weeks. Accordingly, the parties and probation, jointly seek to move the date of sentencing to July 6, 2016, at 10:00 a.m. to accommodate the schedules of all parties.

IT IS SO STIPULATED.

Dated: April 5, 2016                           s/  *Sarah Hawkins*
                                                SARAH HAWKINS
                                                Assistant United States Attorney

Jt. Stip. Cont. Status; [Prop.] Order
*Vincent*, CR 15-196 CRB                                       1

Dated: April 5, 2016                             s/  *Candis Mitchell*
                                                 CANDIS MITCHELL
                                                 Assistant Federal Public Defender
                                                 Attorney for Defendant John Vincent


### [PROPOSED] ORDER

For the reasons stated by counsel, the Court continues the sentencing date from April 6, 2016, at 10:00 a.m., to July 6, 2016, , at 10:00 a.m.

IT IS SO ORDERED.

Dated:  April 5, 2016                            _____
                                                 **Charles R. Breyer**
                                                 United States District Judge